**EXHIBIT B**

THE HONORABLE SUZANNE BARNETT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

| | |
|---|---|
| ERIC SKANSGAARD, as an individual and as a representative off the classes,<br><br>      Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P.<br><br>      Defendants. | NO. 11-2-17796-3 SEA<br><br>**NOTICE OF REMOVAL TO ALL ADVERSE PARTIES** |

TO: Beth E. Terrell; Michael D. Daudt  Paul J. Lukas; E. Michelle Drake; Kai
   Terrell Marshall Daudt & Willie PLLC Richter; Rebekah Bailey
   936 North 34th Street, Suite 400   Nichols Kaster, PLLP
   Seattle, Washington 98103-8869   4600 IDS Center
                  80 South Eighth Street
                  Minneapolis, MN 55402

*Attorneys for Plaintiff*

PLEASE TAKE NOTICE, that on June 13, 2011, Defendants BAC Home Loans Servicing, LP and Bank of America, N.A. filed a Notice of Removal of this action to the United States District Court for the Western District of Washington. A true and correct copy of the Notice of Removal is annexed hereto.

DEFENDANTS' NOTICE OF REMOVAL TO ALL
ADVERSE PARTIES. - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

53

1 This Notice is served upon you as counsel of record for Plaintiff in compliance with 28 U.S.C. § 1446.

DATED: June 13, 2011

                                LANE POWELL PC

By *s/John S. Devlin*
John S. Devlin III, WSBA No. 23988
Jacob M. Downs, WSBA No. 37982
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
Telephone: (206) 223-6280
Fax:  (206) 223-7101
E-mail:  devlinj@lanepowell.com

Of Counsel:

GOODWIN PROCTER LLP

John C. Englander (*pro hac vice pending*)
Matthew Lindenbaum (*pro hac vice pending*)
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231
E-mail:  jenglander@goodwinprocter.com
Email:  mlindenbaum@goodwinprocter.com

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BAC HOME LOANS SERVICING, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2011, I caused a true and accurate copy of the foregoing Defendants' Notice of Removal to All Adverse Parties to be served by U.S. First Class Mail, postage prepaid, upon counsel for Plaintiff Eric Skansgaard at the following address:

Beth E. Terrell, WSBA #26759
Michael D. Daudt, WSBA #25690
Terrell Marshall Daudt & Willie PLLC
936 N 34th Street, Suite 400
Seattle, WA  98103-8869

Phone: (206) 816-6603
Fax: (206) 350-3528
Email: bterrell@tmdwlaw.com
       mdaudt@tmdlaw.com

Paul J. Lukas
E. Michelle Drake
Kai Richter
Nichols Kaster, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Email: plukas@nka.com
       krichter@nka.com

Phone: 612-256-3200
Fax: 612-215-6870

s/ *Leah Burrus*
   Leah Burrus