**EXHIBIT C**

THE HONORABLE SUZANNE BARNETT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

| | |
|---|---|
| ERIC SKANSGAARD, as an individual and as a representative off the classes,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P.<br><br>　　　　　　　　Defendants. | NO. 11-2-17796-3 SEA<br><br>**NOTICE TO CLERK OF REMOVAL TO FEDERAL COURT** |

To:	Clerk of the Court, King County Superior Court

And To:	Plaintiff, Eric Skansgaard

And To:	Beth E. Terrell and Michael D. Daudt, Terrell Marshall Daudt & Willie PLLC, Plaintiff's attorney of Record

　　PLEASE TAKE NOTICE, that on June 13, 2011, defendants BAC Home Loans Servicing, LP and Bank of America, N.A. filed a Notice of Removal of this action to the United States District Court for the Western District of Washington. A true and correct copy of the Notice of Removal, without exhibits, is annexed hereto.

　　PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal in the United States District Court for the Western District of Washington and the filing of this

NOTICE TO CLERK OF REMOVAL TO FEDERAL COURT. - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Notice effect the removal of this action, and pursuant to 28 U.S.C. § 1446(d), the above-captioned action may proceed no further unless and until the case is remanded.

DATED:  June 13, 2011

LANE POWELL PC

By *s/John S. Devlin*
John S. Devlin III, WSBA No. 23988
Jacob M. Downs, WSBA No. 37982
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
Telephone: (206) 223-6280
Fax:  (206) 223-7101
E-mail:  devlinj@lanepowell.com

Of Counsel:

GOODWIN PROCTER LLP

John C. Englander (*pro hac vice pending*)
Matthew Lindenbaum (*pro hac vice pending*)
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231
E-mail:  jenglander@goodwinprocter.com
Email:  mlindenbaum@goodwinprocter.com

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BAC HOME LOANS SERVICING, L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2011, I caused a true and accurate copy of the foregoing Notice to Clerk of Removal to Federal Court to be served by U.S. First Class Mail, postage prepaid, upon counsel for Plaintiff Eric Skansgaard at the following address:

Beth E. Terrell
Michael D. Daudt
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869

s/ *Leah Burrus*
Leah Burrus