THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC SKANSGAARD, as an individual and as a representative of the classes,<br><br>          Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,<br><br>          Defendants. | Case No. 2:11-cv-00988 RJB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF CASE DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: March 1, 2012** |

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-cv-00988 RJB

NICHOLS KASTER PLLP
80 South Eighth Street, Suite 4600
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.215.6870

## STIPULATION

WHEREAS, Plaintiff filed a First Amended Complaint with leave of Court on February 3, 2012 (ECF No. 43); and

WHEREAS, the First Amended Complaint expanded the proposed class definitions to assert claims on behalf of two proposed nationwide classes in addition to a proposed Washington subclass; and

WHEREAS, Plaintiff intends to take additional discovery relating to the proposed nationwide classes prior to moving for class certification; and

WHEREAS, the parties have vigorously engaged in discovery to date; and

WHEREAS, Defendants have produced 54,669 pages of documents in this action since December 16, 2011 (including 8,696 pages of documents in February); and

WHEREAS, the parties are currently negotiating issues relating to the production of electronic data and documents; and

WHEREAS, Plaintiff requires additional time to review the materials recently produced by Defendants and anticipated future rolling productions of documents and data, and to question witnesses regarding the same, before filing his motion for class certification; and

WHEREAS, a limited extension of the class certification motion deadline and other case deadlines will allow the parties sufficient time to complete class discovery and litigate their claims and defenses in an orderly fashion;

The parties to the above-captioned action hereby stipulate and agree, subject to the approval of the Court, that the case deadlines in this matter may be extended as follows or as otherwise determined to be appropriate by the Court:

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-cv-00988 RJB

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Motion for class certification due no later than | April 11, 2012 | September 26, 2012 |
| Response in Opposition to Motion for class certification due no later than | n/a | November 7, 2012 |
| Reply in support of Motion for class certification due no later than | n/a | December 5, 2012 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 19, 2012 | January 9, 2013 |
| All motions related to discovery must be filed by | August 18, 2012 | February 1, 2013 |
| Discovery completed by | September 18, 2012 | March 1, 2013 |
| All dispositive motions must be filed by | October 18, 2012 | March 29, 2013 |
| Settlement conference per CR 39.1(c)(2) must be held | December 16, 2012 | June 1, 2013 |
| Mediation per CR 39.1(c)(3) must be held | January 10, 2012 | June 24, 2013 |
| Letter of compliance as to CR 39.1 filed | January 17, 2013 | July 1, 1013 |
| Motions in limine filed by | January 10, 2013 | June 24, 2013 |
| Agreed pretrial order lodged with the court by | January 25, 2013 | July 9, 2013 |
| Pretrial conference shall be held at 8:30 a.m. on | February 1, 2013 | July 15, 2013 |
| Trial briefs / proposed voir dire & jury instructions due (if jury trial) | February 1, 2013 | July 15, 2013 |

Dated this 1st day of March, 2012.

By: s/ Kai Richter
Kai Richter, MN Bar No. 0296545*
krichter@nka.com
Nichols Kaster, PLLP
80 South Eighth Street
Minneapolis, MN 55402
Tel:   (612) 256-3200
Fax:   (612) 215-6870
*Admitted Pro Hac Vice

By: s/ Matthew Lindenbaum
Matthew Lindenbaum
MA Bar No. 670007*
mlindenbaum@goodwinprocter.com
Goodwin Procter, LLP
53 State Street
Boston, MA 02109
Tel:   (617) 570-1000
Fax:   (617) 523-1231
*Admitted Pro Hac Vice

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-cv-00988 RJB

NICHOLS KASTER PLLP
80 South Eighth Street, Suite 4600
Minneapolis, Minnesota  55402
TEL. 612.256.3200 • FAX 612.215.6870

Beth E. Terrell, WSBA # 26759
Email:  bterrell@tmdwlaw.com
Michael D. Daudt, WSBA #25690
Email:  mdaudt@tmdlaw.com
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 400
Seattle, WA  98103-8869
Telephone:  (206) 816-6603
 Facsimile: (206) 350-3528

John S. Devlin III, WSBA No. 23988
devlinj@lanepowell.com
Jacob M. Downs, WSBA No. 37982
downsj@lanepowell.com
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Tel: (206) 223-6280
Fax: (206) 223-7101

Edward F. Haber, MA Bar #215620*
Email: ehaber@shulaw.com
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile:  (617) 439-0134
*Admitted Pro Hac Vice

*Attorneys for Defendants*

*Attorneys for Plaintiffs
and the Proposed Classes*

### ORDER

Pursuant to the stipulation of the parties to the above-captioned matter, **IT IS SO ORDERED, except that the Pretrial Conference is set for Friday, July 19, 2013, at 8:30 a.m. and the trial is set to begin Monday, July 29, 2013, at 9:30 a.m. in Courtroom A.**

DATED this 6th day of March, 2012.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-cv-00988 RJB

NICHOLS KASTER PLLP
80 South Eighth Street, Suite 4600
Minneapolis, Minnesota  55402
TEL. 612.256.3200 • FAX 612.215.6870

**Presented by:**

By: s/Kai Richter
Kai Richter, MN Bar No. 0296545*
krichter@nka.com
Nichols Kaster, PLLP
80 South Eighth Street
Minneapolis, MN 55402
Tel:    (612) 256-3200
Fax:    (612) 215-6870
*Admitted Pro Hac Vice*

Beth E. Terrell, WSBA # 26759
Email: bterrell@tmdwlaw.com
Michael D. Daudt, WSBA #25690
Email: mdaudt@tmdlaw.com
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Edward F. Haber, MA Bar # 215620*
Email: ehaber@shulaw.com
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs
and the Proposed Classes*

CERTIFICATE OF SERVICE - 1
CASE NO. 2:11-cv-00988 RJB

**NICHOLS KASTER PLLP**
80 South Eighth Street, Suite 4600
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.215.6870