THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC SKANSGAARD, as an individual and as a representative of the classes,

                Plaintiff,

      v.

BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,

                Defendants.

Case No. 2:11-cv-00988 RJB

**ORDER GRANTING MOTION TO PRELIMINARILY FILE UNDER SEAL PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ORDER DETERMINING THAT THREE PREVIOUSLY-PRODUCED DOCUMENTS ARE NOT PRIVILEGED OR CONFIDENTIAL**

     This matter came before the Court on a Motion to Preliminarily File Under Seal Plaintiff's Reply in Support of Motion for Order Determining that Three Previously Produced Documents are Not Privileged or Confidential ("Plaintiff's Reply").  Pursuant to Local Rule CR 5(g)(2), Plaintiff's Reply is preliminarily accepted for filing under seal, until such time as the Court rules on Plaintiff's Motion for Order Determining that Three Previously Produced Documents are Not Privileged or Confidential.

PROPOSED ORDER GRANTING MOTION
TO PRELIMINARILY FILE UNDER SEAL
PLAINTIFF'S REPLY-1-
CASE NO. 2:11-cv-00988 RJB

NICHOLS KASTER PLLP
80 South Eighth Street, Suite 4600
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.215.6870

1   **IT IS SO ORDERED**

2   Dated this 4th day of March, 2013.

3

4

5

6

7

8   ROBERT J. BRYAN
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PROPOSED ORDER GRANTING MOTION
TO PRELIMINARILY FILE UNDER SEAL
PLAINTIFF'S REPLY-2-
Case No. 2:11-cv-00988 RJB

Nichols Kaster PLLP
80 South Eighth Street, Suite 4600
Minneapolis, Minnesota  55402
TEL. 612.256.3200 • FAX 612.215.6870

1  **PRESENTED BY:**

2

3  NICHOLS KASTER, PLLP

4  By: /s/ Kai Richter
   **E. Michelle Drake***
5  **Kai Richter***
   **Sarah W. Steenhoek***
6  4600 IDS Center
   80 South Eighth Street
7  Minneapolis, MN 55402
   Telephone: (612) 256-3200
8  Facsimile: (612) 215-6870
   Email: drake@nka.com
9           krichter@nka.com
           ssteenhoek@nka.com
10 *Admitted Pro Hac Vice*

11

12 -AND-

13 SHAPIRO HABER & URMY LLP

14 **Edward F. Haber** (BBO# 215620)*
   **Adam M. Stewart** (BBO# 661090)*
15 53 State Street
   Boston, MA 02109
16 Telephone: (617) 439-3939
   Facsimile: (617) 439-0134
17 Email: ehaber@shulaw.com
           astewart@shulaw.com
18 *Admitted Pro Hac Vice*

19

20 -AND-

21 BERGER  & MONTAGUE, P.C.

22 **Shanon J. Carson***
   **Patrick F. Madden***
23 1622 Locust Street
   Philadelphia, PA  19103
24 Telephone: (215) 875-4656
   Facsimile: (215) 875-4604
25 Email:  scarson@bm.net
           pmadden@bm.net
26 *Admitted Pro Hac Vice*

27

PROPOSED ORDER GRANTING MOTION
TO PRELIMINARILY FILE UNDER SEAL
PLAINTIFF'S REPLY-3-
CASE NO. 2:11-cv-00988 RJB

1  -AND-

2

3  TAUS, CEBULASH & LANDAU, LLP

4  **Brett Cebulash**\*
   **Kevin S. Landau**\*

5  80 Maiden Lane, Suite 1204
   New York, NY 10038

6  Telephone: (212) 931-0704
   Email: bcebulash@tcllaw.com

7          klandau@tcllaw.com
   *Admitted Pro Hac Vice*

8

9  -AND-

10 STOLL STOLL BERNE LOKTING
   & SHLACHTER P.C.

11

12 **Timothy S. DeJong**, OSB No. 940662\*
   209 SW Oak Street, 5th Floor

13 Portland, OR 97204
   Telephone: (503) 227-1600

14 Facsimile: (503) 227-6840
   Email:  tdejong@stollberne.com

15 *Admitted Pro Hac Vice*

16 -AND-

17

18 TERRELL MARSHALL DAUDT & WILLIE PLLC

19 **Beth E. Terrell**, WSBA # 26759
   **Michael D. Daudt**, WSBA #25690

20 936 North 34th Street, Suite 400
   Seattle, Washington  98103-8869

21 Telephone:  (206) 816-6603
   Facsimile: (206) 350.3528

22 Email:  bterrell@tmdwlaw.com
          mdaudt@tmdlaw.com

23

24 **Attorneys for Plaintiff**

25

26

27

PROPOSED ORDER GRANTING MOTION
TO PRELIMINARILY FILE UNDER SEAL
PLAINTIFF'S REPLY-4-
CASE NO. 2:11-cv-00988 RJB

NICHOLS KASTER PLLP
80 South Eighth Street, Suite 4600
Minneapolis, Minnesota  55402
TEL. 612.256.3200 • FAX 612.215.6870

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**CERTIFICATE OF SERVICE**
Skansgaard v. Bank of America, N.A., et al.
Court File No.: 2:11-cv-00988-RJB

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States that on this day, I electronically filed a true and accurate copy of the document to which this certification is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

John S. Devlin, III devlinj@lanepowell.com

Jacob M. Downs downsj@lanepowell.com

Timothy S DeJong tdejong@ssbls.com

Michael Duane Daudt mdaudt@tmdwlaw.com

Beth E. Terrell bterrell@tmdwlaw.com

David L. Permut dpermut@goodwinprocter.com

Matthew G. Lindenbaum MLindenbaum@goodwinprocter.com

Kai H. Richter krichter@nka.com

E. Michelle Drake drake@nka.com

John C. Englander jenglander@goodwinproctor.com

Adam M. Stewart astewart@shulaw.com

Edward F. Haber ehaber@shulaw.com

Patrick F. Madden pmadden@bm.net

Shanon J. Carson scarson@bm.net

Brett Cebulash bcebulash@tcllaw.com

Kevin S Landau klandau@tcllaw.com

Brian M. LaMacchia BLaMacchia@goodwinprocter.com

Sarah W. Steenhoek ssteenhoek@nka.com

1    Executed on Monday, March 04, 2013.

2

3                                                     /s/ Kai Richter
                                                  Kai Richter
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 2
CASE NO. 2:11-cv-00988 RJB