THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ERIC SKANSGAARD, as an individual and as a representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,<br><br>Defendants. | Case No. 2:11-cv-00988 RJB<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**MAY 2, 2013** |

### ORDER

Pursuant to the joint motion of the parties to the above-captioned matter, it is hereby ordered that Bank of America's Opposition to Plaintiff's Motion for Class Certification (ECF No. 113) is due June 17, 2013, and Plaintiff's Reply to that Opposition is due July 16, 2013.

**IT IS SO ORDERED.**

DATED this 8th day of May, 2013.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

PROPOSED ORDER
CASE NO. 2:11-CV-00988 RJB