The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC SKANSGAARD, as an individual and as a representative off the classes,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P.

    Defendants.

NO. 2:11-cv-00988 RJB

**ORDER GRANTING BANK OF AMERICA'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**NOTE ON MOTION CALENDAR: JUNE 28, 2013**

The matter came before the Court on Plaintiff's Motion to File Certain Documents Under Seal in Connection with Plaintiff's Motion for Class Certification. Pursuant to Local CR 5(g), the following items are accepted for filing under seal:

1. Declaration of David Appel ("Appel Decl.") and attached exhibits 2-4;

2. Declaration of Edward Cherkezian ("Cherkezian Declaration") and attached exhibits 4-5;

3. Declaration of John Dickson ("Dickson Declaration") and attached exhibits 1-4;

4. Declaration of John Dixon ("Dixon Declaration") and attached exhibits 1-6;

ORDER
CASE NO. 2:11-cv-00988 RJB

5. Declaration of Stephen Grzeskowiak ("Grzeskowiak Declaration");

6. Exhibits 5, 13-16, 20-21, and 25 attached to the Declaration of Matthew Lindenbaum ("Lindenbaum Declaration");

7. Declaration of Janet Loriot and attached exhibits 1-2;

8. Declaration of Amy Micalizio ("Micalizio Declaration") and attached exhibits 4-6;

9. Declaration of Keith Pellerin ("Pellerin Declaration") and attached exhibits 1-3;

10. Declaration of Peter Schlaus ("Schlaus Declaration").

11. Bank of America's Opposition to Plaintiff's Motion for Class Certification.

SO ORDERED this 2nd day of July, 2013

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER
CASE NO. 2:11-cv-00988 RJB

Presented by:

By */s/ Matthew G. Lindenbaum*
   John C. Englander (*pro hac vice*)
   Matthew G. Lindenbaum (*pro hac vice*)
   Brian M. LaMacchia (*pro hac vice*)
   **GOODWIN PROCTER LLP**
   Exchange Place
   Boston, Massachusetts 02109
   Tel.: 617.570.1000
   Fax: 617-523-1231
   jenglander@goodwinprocter.com
   mlindenbaum@goodwinprocter.com
   blamacchia@goodwinprocter.com

   John S. Devlin III, WSBA No. 23988
   devlinj@lanepowell.com
   Jacob M. Downs, WSBA No. 37982
   downsj@lanepowell.com
   **LANE POWELL PC**
   1420 Fifth Avenue, Suite 4100
   Seattle, WA 98101
   Telephone: (206) 223-7000
   Fax: (206) 223-7107

   David L. Permut (*pro hac vice*)
   **GOODWIN PROCTER LLP**
   901 New York Avenue, N.W.
   Washington, DC 20001-4432
   Tel.: 202.346.4000
   Fax: 202.346.4444
   dpermut@goodwinprocter.com

Attorneys for Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

PROPOSED ORDER
CASE NO. 2:11-cv-00988 RJB